**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

*Attorneys for Plaintiff*

**MURPHY, PEARSON, BRADLEY & FEENY**
Thomas F. Mazzucco – 306681
TFMazzucco@mpbf.com
John P. Girarde – 191518
Jgirarde@mpbf.com
Christopher R. Ulrich – 271288
CUlrich@mpbf.com
550 California Street, Suite 1400
San Francisco, CA 94104
Telephone: 415-788-1900
Facsimile: 415-393-8087

*Attorneys for Defendant Keleops USA, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JEFFREY GARON, individually and on behalf of all persons similarly situated,

Plaintiff,

v.

KELEOPS USA, INC.,

Defendant.

Case No. 4:25-CV-2124-DMR

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Courtroom: 4
Judge: Hon. Donna M. Ryu

Pursuant to L.R. 7-12, Plaintiff Jeffrey Garon ("Plaintiff") and Defendant Keleops USA, Inc. ("Defendant")(collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Stipulation and [Proposed] Order Regarding Leave for Plaintiff to File a Surreply In Opposition to Defendant's Motion to Dismiss the First Amended Complaint. In support of the stipulation, the Parties state as follows:

WHEREAS, on May 6, 2025, Defendant filed its Motion to Dismiss the First Amended Complaint (ECF No. 16);

WHEREAS, on May 20, 2025, Plaintiff filed his Opposition to the Motion to Dismiss (ECF No. 21);

WHEREAS, on May 27, 2025, Defendant filed its Reply In Support of the Motion to Dismiss (ECF No. 22);

WHEREAS, upon reviewing the Reply, Plaintiff contends—and Defendant disputes—that Defendant raised new arguments in its reply brief that were not raised in its opening brief;

WHEREAS, the Parties conferred via e-mail on May 27, 2025, and agree that, in the interest of having the Court fully consider the issues, Plaintiff should be permitted leave to file a short surreply in further opposition to the Motion to Dismiss;

WHEREAS, good cause exists;

NOW THEREFORE, subject to Court approval, the Parties hereby stipulate and agree as follows:

1. Plaintiff shall be permitted leave to file the [Proposed] Surreply in Opposition to the Motion to Dismiss—attached hereto as **Exhibit 1**—no later than one (1) business day after the Court enters the stipulation.

Dated: May 30, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Emily A. Horne*
Emily A. Horne

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)

1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

*Attorneys for Plaintiff*

Dated: May 30, 2025

**MURPHY, PEARSON, BRADLEY & FEENY**

By: /s/ John P. Girarde
John P. Girarde

Thomas F. Mazzucco – 306681
TFMazzucco@mpbf.com
John P. Girarde – 191518
Jgirarde@mpbf.com
Christopher R. Ulrich – 271288
CUlrich@mpbf.com
550 California Street, Suite 1400
San Francisco, CA 94104
Telephone: 415-788-1900

*Attorneys for Defendant Keleops USA, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By: /s/ Emily A. Horne
Emily A. Horne

**[PROPOSED] ORDER**

The Court, having considered the Parties' stipulation, hereby rules as follows:

The Parties' stipulation is GRANTED. Plaintiff shall file his Surreply In Opposition to the Motion to Dismiss by no later than one (1) business day from the date of this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________________
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE